## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

LUIS NIEVES,

       **Plaintiff**

       v.

STATE OF PENNSYLVANIA, ET AL.,
       **Defendants**

:    No. 3:18cv1253

:

:    (Judge Munley)

:

:(Magistrate Judge Arbuckle)

:

:

## ORDER

**AND NOW**, to wit, this ___16th___ day of January 2020, we have before us for disposition Magistrate Judge William I. Arbuckle's report and recommendation, which proposes the dismissal of plaintiff's complaint. Pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) without further leave to amend. No objections to the report and recommendation have been filed, and the time for such filing has passed. Therefore, in deciding whether to adopt the report and recommendation, we must determine if a review of the record evidences plain error or manifest injustice. FED. R. CIV. P. 72(b) 1983 Advisory Committee Notes ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record to accept the recommendation"); see also 28 U.S.C. § 636(b)(1); Sullivan v. Cuyler, 723 F.2d 1077, 1085 (3d Cir. 1983).

After a careful review, we find neither a clear error on the face of the record nor a manifest injustice, and therefore, we shall adopt the report and recommendation. It is hereby **ORDERED** as follows:

1) The magistrate judge's report and recommendation (Doc. 69) is **ADOPTED**;

2) The plaintiff's complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) without further leave to amend; and

3) The Clerk of Court is directed to close this case.

BY THE COURT:

JUDGE JAMES M. MUNLEY
**United States District Court**

2